

# NUMBER 13-16-00487-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE JAMES HOLLAND

## On Petition for Writ of Mandamus.

## ORDER

### Before Chief Justice Valdez and Justices Rodriguez and Benavides
### Per Curiam Order

Relator, James Holland, filed a petition for writ of mandamus and motion to stay execution in the above cause on September 12, 2016 and September 13, 2016. Through this original proceeding, relator seeks to compel the trial court to vacate an order transferring venue of the underlying suit affecting the parent-child relationship from DeWitt County, Texas to Hidalgo County, Texas. *See generally* TEX. FAM. CODE ANN. §153.001 (West, Westlaw through 2015 R.S.). Through his motion to stay execution, relator seeks to transfer venue of this case back to DeWitt County pending resolution of this original proceeding.

The Court, having examined and fully considered the motion to stay execution, is of the opinion that the motion should be denied at this time. The Court requests that the real party in interest, Elizabeth Castillo, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed this
13th day of September, 2016.